UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD WHITE, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 5:19-cv-03535 |
| | : | |
| THE DISTRICT ATTORNEY OF LANCASTER COUNTY and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : | |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this 4th day of May, 2021, upon consideration of Edward White's petition for habeas corpus relief, *see* ECF No. 1, as well as the Report and Recomendation issued by Magistrate Judge Richard A. Lloret, in which Judge Lloret recommends that White's habeas petition be summarily dismissed with prejudice, *see* ECF No. 24, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 24, is **APPROVED and ADOPTED**;

2. The petition for a writ of habeas corpus, ECF No. 1, is **DISMISSED, with prejudice**;

3. This case is **CLOSED**; and

4. There is no basis for an evidentiary hearing or the issuance of a Certificate of Appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge